# NO. 12-18-00208-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN THE INTEREST OF K.S.M.* | § | *APPEAL FROM THE* |
| | § | *COUNTY COURT AT LAW NO. 2* |
| *AND N.K.M., CHILDREN* | § | *SMITH COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

This appeal is being dismissed for failure to comply with the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.3(c).

On July 25, 2018, we notified Appellant that her notice of appeal failed to contain the information specifically required by Texas Rules of Appellate Procedure 9.5 and 25.1(e). *See* TEX. R. APP. P. 9.5, 25.1(e), 37.1. The notice warned that, unless Appellant filed a proper notice of appeal on or before August 24, the appeal would be referred to the Court for dismissal. The deadline has passed and Appellant has not filed a compliant notice of appeal or otherwise responded to this Court's July 25 notice.

Also on July 25, 2018, the Clerk of this Court notified Appellant that the filing fee in this appeal is due. *See* TEX. R. APP. P. 5. Appellant was informed that failure to remit the filing fee on or before August 6, 2018, would result in the Court's taking appropriate action, including dismissal of the case without further notice. *See* TEX. R. APP. P. 42.3(c). The date for remitting the filing fee has passed, and Appellant has not complied with the Court's request.

Because Appellant has failed, after notice, to comply with Rules 5, 9.5, and 25.1, the appeal is ***dismissed***. *See* TEX. R. APP. P. 42.3(c).

Opinion delivered September 26, 2018.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

### SEPTEMBER 26, 2018

### NO. 12-18-00208-CV

### IN THE INTEREST OF K.S.M. AND N.K.M., CHILDREN

Appeal from the County Court at Law No 2
of Smith County, Texas (Tr.Ct.No. 10-2567-F)

THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this Court that this appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this Court that this appeal be, and the same is, hereby **dismissed**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*